UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICARDO JOSE MOREIRA FRANCO,

      Petitioner,

  v.

WARDEN, GLADES COUNTY
DETENTION, et al.,

      Respondents.

Case No. 2:26-cv-1261-JES-DNF

## OPINION AND ORDER

Before the Court are Petitioner Ricardo Jose Moreira Franco's pro se petition for writ of habeas corpus (Doc. 1) and the government's response (Doc. 3). For the following reasons, the petition is denied.

Moreira Franco is a native and citizen of Ecuador. (Doc. 3 at 1). He entered the United States on July 1, 2022 as a nonimmigrant visitor with authorization to remain in the country until December 30, 2022. (Id. at 1-2). He was arrested on November 5, 2026 after a traffic stop and placed in immigration custody under 8 U.S.C. § 1226. (Id. at 2-3).

On January 5, 2026, Moreira Franco received a bond hearing before an immigration judge. (Doc. 3 at 3). The immigration judge determined that Petitioner was a flight risk and denied bond. (Doc. 3-3 at 1, 3). Petitioner argues that the immigration judge's finding that he was a flight risk "due to lack of ties to the

United States" was "legally insufficient and factually unsupported." (Doc. 1 at 1).

The proper way to challenge the result of the bond hearing is an appeal to the Board of Immigration Appeals, not a habeas action. See 8 U.S.C. § 1226(e)("No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.").

Accordingly, Petitioner's petition (Doc. 1) is **DENIED**. The Clerk is directed to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 6, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2